UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Terrance D. Forrest

                            Plaintiff,

v.                                                     Case No.: 1:15−cv−06726
                                                         Honorable Charles P. Kocoras

Miner Enterprises, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 3, 2016:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to the Parties' settlement, the Court entered an Order dismissing this matter without prejudice. Plaintiff Terrance D. Forrest and Defendants Kane County Personnel, Inc., d/b/a Manpower and Miner Enterprises, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), now hereby jointly stipulate to dismiss this action, with prejudice, with each party to bear their own attorneys, fees and costs. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.